**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Antoine C. Green Sr.           CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10858 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
21 Apr 2022, 11:04:50, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322