# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

Antoine C. Green
6105 Washington Ave
Philadelphia, PA 19143
US

| | |
|---|---|
| Employee Number | 255687 |
| Department | STS Streets |
| Location | Sanitation Area 2 And 3 |
| Payperiod Ending | 2022/01/30 |
| Date Payable | 2022/02/04 |
| Payment Method | Direct Deposit |

### Current Earnings

| | Hours | Amount |
|---|---|---|
| Time Entry Wages | 45.50 | 962.90 |
| Holiday Comp Taken | 7.50 | 152.32 |
| Uncertified Sick | 7.50 | 152.32 |
| Holiday Cash | 7.50 | 152.32 |
| Longevity Pay | 0.00 | 45.43 |
| Overtime 1_5 | 12.50 | 429.25 |
| Legal Aid | 0.00 | 15.00 |
| Laborer 2 Pay | 0.00 | 125.09 |
| **Gross Current Earnings** | | **2,034.63** |

### Taxes

| | Current | YTD |
|---|---|---|
| Federal Tax | 49.49 | 320.42 |
| Social Security | 127.69 | 499.81 |
| Medicare | 29.86 | 116.89 |
| PA State Tax | 63.23 | 247.49 |
| PA Unemployment | 1.24 | 4.84 |
| Philadelphia | 83.98 | 321.27 |

### Retro Earnings

| | Hours | Amount |
|---|---|---|
| Retro Holiday Cash | 7.50 | 152.32 |
| Retro Holiday Work | 8.00 | 261.03 |
| Retro Holiday Work | -8.00 | -275.57 |
| Retro Longevity Pa | 0.00 | 3.92 |
| Retro Laborer 2 Pay | 0.00 | 10.81 |
| **Gross Retro Earnings** | | **152.51** |

### Pre Tax Deductions

| | Current | YTD |
|---|---|---|
| DC33 Ded Pretax | 127.60 | 305.20 |
| Pen_Plan Y3 | 72.29 | 268.40 |

### Total Earnings

| | Current | YTD |
|---|---|---|
| Gross Earnings | 2,187.14 | 8,366.70 |
| Net Earnings | 1,588.76 | 6,168.38 |

### Post Tax Deductions

| | Current | YTD |
|---|---|---|
| Union Dues | 28.00 | 84.00 |

### Accruals — Net Entitlement

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2022) | 7.50 |
| Admin Leave Carry Over (Expires 30-Sep-2021) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 15.00 |
| FMLA | 0.00 |
| Holiday Comp | 15.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 13.62 |
| Special Comp | 4.00 |
| Vacation | 17.50 |

### Pension Plan

| | YTD | LTD |
|---|---|---|
| Plan Y | 268.40 | 15,756.10 |

# Payslip — Earnings and Deductions

**CITY OF PHILADELPHIA**

Page 1

Antoine C. Green
6105 Washington Ave
Philadelphia, PA 19143
US

| | |
|---|---|
| Employee Number | 255687 |
| Department | STS Streets |
| Location | Sanitation Area 2 And 3 |
| Payperiod Ending | 2022/02/13 |
| Date Payable | 2022/02/18 |
| Payment Method | Direct Deposit |

## Current Earnings

| | Hours | Amount |
|---|---|---|
| Time Entry Wages | 61.00 | 1,290.92 |
| Excused Time | 7.50 | 152.32 |
| Uncertified Sick | 7.50 | 152.32 |
| Longevity Pay | 0.00 | 48.05 |
| Overtime 1_5 | 10.50 | 326.92 |
| Laborer 2 Pay | 0.00 | 132.30 |
| **Gross Current Earnings** | | **2,102.83** |

## Taxes

| | Current | YTD |
|---|---|---|
| Federal Tax | 41.30 | 361.72 |
| Social Security | 122.47 | 622.28 |
| Medicare | 28.64 | 145.53 |
| PA State Tax | 60.64 | 308.13 |
| PA Unemployment | 1.18 | 6.02 |
| Philadelphia | 80.74 | 402.01 |

## Retro Earnings

| | Hours | Amount |
|---|---|---|
| Retro Certified Si | 7.50 | 152.32 |
| Retro Uncertified | -7.50 | -152.31 |
| **Gross Retro Earnings** | | **0.01** |

## Pre Tax Deductions

| | Current | YTD |
|---|---|---|
| DC33 Ded Pretax | 127.60 | 432.80 |
| Pen_Plan Y3 | 69.95 | 338.35 |

## Total Earnings

| | Current | YTD |
|---|---|---|
| Gross Earnings | 2,102.84 | 10,469.54 |
| Net Earnings | 1,542.32 | 7,710.70 |

## Post Tax Deductions

| | Current | YTD |
|---|---|---|
| Union Dues | 28.00 | 112.00 |

## Accruals — Net Entitlement

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2022) | 7.50 |
| Admin Leave Carry Over (Expires 30-Sep-2021) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 15.00 |
| FMLA | 0.00 |
| Holiday Comp | 15.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 6.12 |
| Special Comp | 4.00 |
| Vacation | 17.50 |

## Pension Plan

| | YTD | LTD |
|---|---|---|
| Plan Y | 338.35 | 15,826.05 |

**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Antoine C. Green
6105 Washington Ave
Philadelphia, PA 19143
US

| | |
|---|---|
| Employee Number | 255687 |
| Department | STS Streets |
| Location | Sanitation Area 2 And 3 |
| Payperiod Ending | 2022/02/27 |
| Date Payable | 2022/03/04 |
| Payment Method | Direct Deposit |

### Current Earnings

| | Hours | Amount |
|---|---|---|
| Time Entry Wages | 69.00 | 1,467.34 |
| Holiday Cash | 7.50 | 152.32 |
| Longevity Pay | 0.00 | 43.60 |
| Overtime 1_5 | 4.50 | 142.87 |
| Legal Aid | 0.00 | 15.00 |
| Laborer 2 Pay | 0.00 | 120.04 |
| Overpayment Recovery | 0.00 | -12.91 |
| **Gross Current Earnings** | | **1,928.26** |

### Taxes

| | Current | YTD |
|---|---|---|
| Federal Tax | 24.47 | 386.19 |
| Social Security | 111.64 | 733.92 |
| Medicare | 26.11 | 171.64 |
| PA State Tax | 55.28 | 363.41 |
| PA Unemployment | 1.08 | 7.10 |
| Philadelphia | 74.04 | 476.05 |

### Retro Earnings

| | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | **0.00** |

### Pre Tax Deductions

| | Current | YTD |
|---|---|---|
| DC33 Ded Pretax | 127.60 | 560.40 |
| Pen_Plan Y3 | 63.66 | 402.01 |

### Total Earnings

| | Current | YTD |
|---|---|---|
| Gross Earnings | 1,928.26 | 12,397.80 |
| Net Earnings | 1,401.38 | 9,112.08 |

### Post Tax Deductions

| | Current | YTD |
|---|---|---|
| Union Dues | 28.00 | 140.00 |

### Accruals — Net Entitlement

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2022) | 7.50 |
| Admin Leave Carry Over (Expires 30-Sep-2021) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 15.00 |
| FMLA | 0.00 |
| Holiday Comp | 15.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 15.49 |
| Special Comp | 4.00 |
| Vacation | 30.00 |

### Pension Plan

| | YTD | LTD |
|---|---|---|
| Plan Y | 402.01 | 15,889.71 |

# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

Antoine C. Green
6105 Washington Ave
Philadelphia, PA 19143
US

| | |
|---|---|
| Employee Number | 255687 |
| Department | STS Streets |
| Location | Sanitation Area 2 And 3 |
| Payperiod Ending | 2022/03/13 |
| Date Payable | 2022/03/18 |
| Payment Method | Direct Deposit |

### Current Earnings

| | Hours | Amount |
|---|---|---|
| Time Entry Wages | 47.00 | 1,022.58 |
| Vacation | 30.00 | 609.28 |
| Longevity Pay | 0.00 | 47.00 |
| Overtime 1_5 | 8.50 | 276.60 |
| Laborer 2 Pay | 0.00 | 129.41 |
| **Gross Current Earnings** | | **2,084.87** |

### Taxes

| | Current | YTD |
|---|---|---|
| Federal Tax | 39.56 | 425.75 |
| Social Security | 121.35 | 855.27 |
| Medicare | 28.38 | 200.02 |
| PA State Tax | 60.09 | 423.50 |
| PA Unemployment | 1.18 | 8.28 |
| Philadelphia | 80.06 | 556.11 |

### Retro Earnings

| | Hours | Amount |
|---|---|---|
| Retro Certified Si | 7.50 | 152.32 |
| Retro Uncertified | -7.50 | -152.31 |
| **Gross Retro Earnings** | | **0.01** |

### Pre Tax Deductions

| | Current | YTD |
|---|---|---|
| DC33 Ded Pretax | 127.60 | 688.00 |
| Pen_Plan Y3 | 69.42 | 471.43 |

### Total Earnings

| | Current | YTD |
|---|---|---|
| Gross Earnings | 2,084.88 | 14,482.68 |
| Net Earnings | 1,529.24 | 10,641.32 |

### Post Tax Deductions

| | Current | YTD |
|---|---|---|
| Union Dues | 28.00 | 168.00 |

### Accruals — Net Entitlement

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2022) | 7.50 |
| Admin Leave Carry Over (Expires 30-Sep-2021) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 15.00 |
| FMLA | 0.00 |
| Holiday Comp | 15.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 15.49 |
| Special Comp | 4.00 |
| Vacation | 0.00 |

### Pension Plan

| | YTD | LTD |
|---|---|---|
| Plan Y | 471.43 | 15,959.13 |