# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10858-AMC

ANTOINE C GREEN, SR

6105 WASHINGTON AVENUE

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ANTOINE C GREEN, SR

    6105 WASHINGTON AVENUE

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILADELPHIA,, PA 19152-

Date: 6/9/2022

                                /S/ Kenneth E. West
                                _____
                                Kenneth E. West, Esquire
                                Chapter 13 Standing Trustee