United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10858-amc |
| Antoine C Green, Sr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Antoine C Green, Sr, 6105 Washington Avenue, Philadelphia, PA 19143-2914 |
| 14681352 | + | AT&T, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2694 |
| 14681359 | + | Nikia Myers, 6105 Washington Ave., Philadelphia, PA 19143-2914 |
| 14685541 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14681361 | + | PHFA Loan Servicing, 211 N. Front Street, Harrisburg, PA 17101-1466 |
| 14681362 | + | Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2022 23:42:29 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681349 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 20 2022 23:44:00 | Alltran Financial, LP, P.O. Box 4043, Concord, CA 94524-4043 |
| 14681350 | | Email/Text: ally@ebn.phinsolutions.com | Jul 20 2022 23:44:00 | Ally Automotive Financing, P. O.B Ox 380901, Bloomington, MN 55438 |
| 14682618 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2022 23:42:41 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14689262 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 20 2022 23:52:49 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14681351 | ^ | MEBN | Jul 20 2022 23:41:19 | Ally Financial, Inc, c/o Credit Control, LLC, 3300 Rider Trail S. Suite 500, Earth City, MO 63045-1338 |
| 14681353 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 23:42:41 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14683569 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 23:52:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14681354 | ^ | MEBN | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 20 2022 23:41:13 | Credit One Bank, N.A., LVNV Funding, LLC, c/o UNIFIN, Inc., PO Box 4519, Skoki, IL 60076-4519 |
| 14681355 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jul 20 2022 23:44:00 | Direct TV, c/o Receivables Performance Mgt. LLC, 20818 44th Ave. W. Suite 140, Lynnwood, WA 98036-7709 |
| 14681356 | | Email/Text: bankruptcy@glsllc.com | Jul 20 2022 23:44:00 | Global Lending Service, 1200 Brookfield Blvd., Ste. 300, Greenville, SC 29607-6583 |
| 14695251 | | Email/Text: bankruptcy@glsllc.com | Jul 20 2022 23:44:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 14681357 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:42:30 | HSBC Bank Nevada/Capital One Bank, c/o Portfolio Recovery Associates, LLC, PO Box 4115, Dept. 922, Concord, CA 94524-4115 |
| 14681358 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2022 23:44:00 | IRS, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14695089 | + | Email/Text: gbechakas@outlook.com | Jul 20 2022 23:44:00 | Intercoastal Financial Llc, 7954 Transit Rd #136, Williamsville, NY 14221-4117 |
| 14682717 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:52:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14681360 | + | Email/Text: blegal@phfa.org | Jul 20 2022 23:44:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14681723 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2022 23:52:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14696712 | *+ | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

**Name**  **Email Address**
BRADLY E ALLEN
 on behalf of Debtor Antoine C Green Sr bealaw@verizon.net

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf900 | Total Noticed: 27 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANTOINE C GREEN, SR | Chapter 13 |
| Debtor | Bankruptcy No. 22-10858-AMC |

# ORDER

    **AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 19, 2022**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILADELPHIA,, PA 19152-

Debtor:
ANTOINE C GREEN, SR

6105 WASHINGTON AVENUE

PHILADELPHIA, PA 19143